IN THE DISTRICT COURT FOR THE VIRGIN ISLANDS
DIVISION FOR ST.THOMAS AND ST.JOHN

KELLEY MALA, et al.,
      Plaintiff,

CIVIL.NO. 2006-120

vs.

CROWN BAY MARINA, et al.,
      Defendants.
_____/

MOTION BY PLAINTIFF AMENDED NOTICE TO THE DEFENDANTS PAYMENT FOR PUNITIVE CONDUCT FROM A VERDICT AGAINST DEFENDANTS NEGLIGENT IN MAINTENANCE OF IT'S EQUIPMENTS

COME NOW THE Plaintiff Kelley Mala moves and amend claims for payment in the amount sums of $750,000 for punitive conduct as to the verdict not withstanding against the Defendants Crown Bay Marina,Inc negligent maintenance of it's equipment.

WHEREFORE Plaintiff Kelley Mala, prays this motion is granted for the reason stated in the above.

Respectfully submitted this day December 8,2010

Kelley Mala=Plaintiff
P.O. BOX 6493
St.Thomas, V.I. 00804
Telephone 340-715-3154

CERTIFICATE OF SERVICE

I Kelley Mala certify a copy of this motion served on Defendants Crown Bay Marina,Inc at LAW OFFICE OF W.MARK WILCZYNSKI Suite C20-22 Palm Passage St.Thomas, V.I. 00801 certify as stated this day 12/08/2010