Kelley Mala
P.O. Box 6493
St.Thomas,V.I.
     00804

December 15, 2010

Re: Kelley Mala v. Crown Bay Marina, Inc 2006-120

LETTER IN REQUEST ORDERING TRIAL TRANSCRIPTS
OF December 6 thru 7, 2010

Dear Clerk of the Court,

   Plaintiff Kelley Mala requesting notice be transmit to Court Reporter Ms.Chandra kean the trial transcripts in the civil case mention in the above be transcribe to enable Plaintiff to file post pleadings before the Honorable for review and to prepare for Appellate review before the Third Circuit Court of Appeals.

   It is imperative the trial transcripts be transcribe in an early manner to effectively and timely post trial motion review under Rule 59(e) Fed.R.Civ.P. where there is time window by Rule 59(e) and the Local Rules of the Court.

   Respectfully submitted this day 12/15/2010

_____
Kelley Mala-Plaintiff.