IN THE DISTRICT COURT FOR THE VIRGIN ISLANDS
DIVISION FOR ST.THOMAS AND ST.JOHN

KELLEY MALA,
    Plaintiff,

CIVIL.NO.2006-120

vs.

CROWN BAY MARINA,INC,
    Defendants.
_____/

NOTICE OF APPEAL BY PLAINTIFF KELLEY MALA AND REQUESTING STAY OF APPEAL UNTIL PLAINTIFF RULE 59(e) MOTION IS BRIEF ARGUED AND DECIDED BY HONORABLE COURT

COMES NOW, Plaintiff Kelley Mala in the above civil case timely moves and files this notice of appeal to the Third Circuit Court of Appeals and further requesting stay of appeal until the determination of Rule 59(e) .

Respectfully submitted this day December 15,2010

Kelley Mala-Plaintiff
P.O. Box 6493
St.Thomas, V.I.
    00804
Telephone 340-626-3154