Kelley Mala
P.O. BOX 6493
St.Thomas, V.I. 00804
Telephone 340-626-6500

December 18,2010

Re:Kelley Mala v. Crown Bay Marina,Inc 2006-120

LETTER IN REQUEST ORDERING TRANSCRIPTS MINUTE PROCEEDINGS
OF FINAL PRETRIAL CONFERENCE HELD ON 12/06/2010 (DE.#472)
AND TRANSCRIPTS OF MINUTES ENTRY ON 12/14/2010 (DE.#489)

Dear Clerk of the Court,

   Plaintiff Kelley Mala requesting notice be transmitted to Court Reporter Ms.Chandra Kean, Plaintiff further requesting transcripts of final pretrial conference held on 12/06/2010 (DE.#472) and copy of transcripts of 12/14/2010 Minutes Entry of proceedings held before Judge Sanchez Settlement hearing.

   Respectfully submitted this day 12/182010.

_____
Kelley Mala-Plaintiff

RECEIVED 2010 DEC 22 AM 9:22 CLERK OF THE DISTRICT COURT ST. THOMAS