```
DUPLICATE

Court Name: District Court of the VI
Division: 3
Receipt Number: 300001023
Cashier ID: thodge
Transaction Date: 12/27/2010
Payer Name: Kelley Mala
--------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: Kelley Mala
 Case/Party: 3-VIX-3-06-CV-000120-001
 Amount:         $455.00
--------------------------------
CASH
 Amt Tendered:  $455.00
--------------------------------
Total Due:      $455.00
Total Tendered: $455.00
Change Amt:       $0.00
```