IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

_____

| | |
|---|---|
| KELLEY MALA, ) | |
| ) | CIVIL NO.:  3:06-CV-120-JRS |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| CROWN BAY MARINE, INC. ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## NOTICE OF APPEARANCE

COMES NOW, Feuerstein & Smith, LLP, Alan R. Feuerstein of counsel, and does hereby give to the Court, and opposing counsel, their Notice of Appearance which gives notice that Feuerstein & Smith shall represent Kelley Mala throughout the pendency of these proceedings.  It is further requested that any documents, pleadings, memoranda, orders, letters, and the like be served upon Feuerstein & Smith, LLP at their below addresses throughout the pendency of the representation of Plaintiff herein.

DATED:   Buffalo, New York                              Respectfully submitted,
         February 23, 2011                              **FEUERSTEIN & SMITH, LLP**


                                                       BY:     /s/ Alan R. Feuerstein
                                                       Alan R. Feuerstein, Esq.
                                                       *Attorneys for Plaintiff*
                                                       Office and P. O. Address
                                                       17 St. Louis Place
                                                       Buffalo, New York 14202-1502
                                                       (716) 856-9704 Telephone
                                                       (716) 856-9707 Facsimile
                                                       FSLLP@aol.com
                                                       and
                                                       U.S. Virgin Islands Office
                                                       Post Office Box 502008
                                                       St. Thomas, U.S. Virgin Islands 00805-2008
                                                       (340) 777-6325 phone/fax
                                                       fsllpvi@aol.com

TO:    Mark Wilczynski
        Law Office of Mark Wilczynski
        Palm Passage, Suite C-2022
        P. O. Box 1150
        St. Thomas, VI 00804
        Telephone (340) 774-4547
        Facsimile (340) 774-4759
        Email mark@usvilaw.com

**CERTIFICATE OF SERVICE**

      I, Alan R. Feuerstein, do hereby affirm that on this the 23rd day of February, 2011 that a copy of the foregoing Notice of Appearance that is contemporaneously filed herewith was served upon opposing counsel, Mark Wilczynski, by utilizing the E. C. F. which will cause a copy to be distributed to him at his email address.

                                                /s/ Alan R. Feuerstein_____
                                              Alan R. Feuerstein, Esq.